No. 2111. LOGAN *v.* LOGAN. April Term, 1887. Findings of fact by the master, concurred in by the Circuit Judge (Hudson), in a chancery case, approved. OPINION by MR. ACTING JUSTICE PRESSLEY (sitting in the stead of McGOWAN, A. J.), September 26, 1887. *Graydon & Graydon,* for appellants. *Benet & Smith,* contra.